### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| FALL LINE PATENTS, LLC, <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00110-RWS <br> *LEAD CASE* |
| ARBY'S RESTAURANT GROUP, INC., <br> Defendants. | § § § § | |

### ORDER

Before the Court is Plaintiff Fall Line Patents, LLC and Defendant Subway IP LLC, FWH Technologies, LLC and Franchise World Headquarters, LLC's (collectively, "Subway") Joint Motion to Stay All Deadlines and Notice of Settlement for Subway Only. Docket No. 107. Having reviewed the motion, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** for a period of 30 days as to Defendant Subway. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

 **So ORDERED and SIGNED this 3rd day of July, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE