# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>ARBY'S RESTAURANT GROUP, INC.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 5:23-CV-00110-RWS<br>§　　　　　　　　*LEAD CASE*<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff Fall Line Patents, LLC and Defendant Wendy's International, LLC and Quality Is Our Recipe LLC's (collectively, "Wendy's") Joint Motion to Stay All Deadlines and Notice of Settlement for Wendy's Only. Docket No. 124. Having reviewed the motion, the Court finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that all deadlines in the above-captioned case are **STAYED** for a period of 30 days as to Defendant Wendy's. If the matter has not been dismissed before the expiration of the stay, the parties are

**ORDERED** to meet and confer and file a joint status update.

So ORDERED and SIGNED this 26th day of August, 2024.

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE