## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br>　　　　Plaintiff,<br><br>v.<br><br>ARBY'S RESTAURANT GROUP, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:23-CV-00110-RWS<br>§ *LEAD CASE*<br>§<br>§<br>§ |

## FINAL JUDGMENT

Plaintiff Fall Line Patents, LLC initiated this action on October 13, 2023. Docket. No. 1. Thereafter, the Court consolidated this action with several other cases for pretrial purposes. Docket. No. 20. Since that time, all Defendants have been dismissed in both the lead and consolidated actions. Accordingly, the Court hereby enters Final Judgment in this action. All pending motions are **DENIED AS MOOT.**

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 5th day of September, 2024.**

　　　　　　　　　　　　　　　　　　　　　　　　ROBERT W. SCHROEDER III
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE